1  AARON D. FORD
   Attorney General
2  DENNIS W. HOUGH, Bar No. 11995
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel:  (775) 684-1254
   E-mail:  dhough@ag.nv.gov

*Attorneys for Defendants Romeo Aranas,
Veronica Austin, Isidro Baca, Barbara
Cegavske, Andrew Clinger, Catherine
Cortez-Masto, James Cox, James Dzurenda,
Sonja Eddings, Lois Elliott, David Everett,
Linda Grochowski, Summer Hanson-Jacobsen,
Damon Haycock, William Hollman, Teri Jacobs,
Marsha Johns, John Keast, Adam Laxalt, Ross Miller,
Melissa Mitchell, Shannon Moyle, Monica
Navarro, John Peery, Mardelle Peterson,
Candis Rambur, Wallace Remsen, Kathleen
Reynolds, Brian Sandoval, Sandra Snider,
Elizabeth Swope, Lisa Walsh, and Gene H. Yup*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY WEST ENTSMINGER, | Case No.  3:16-cv-00555-MMD-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>TO PROVIDE DECLARATION OF<br>DEFENDANT WALSH** |
| ROMEO ARANAS, et al., | |
| Defendants. | |

Defendants, Linda Granchowski and Summer Hanson-Jacobsen, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Dennis W. Hough, Deputy Attorney General, hereby submit their Motion for Extension of Time to provide a Declaration by Defendant Lisa Walsh. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities.

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | **MEMORANDUM OF POINTS AND AUTHORITIES** |
| 2 | **I.  ARGUMENT** |

Defendants respectfully request a seven (7) day extension of time from the current deadline (June 14 2019) to file a motion to provide a Declaration of Defendant Walsh. Counsel has explained to Defendant Walsh that Plaintiff Entsminger was properly within his rights and duties to contact Defendant Eddings when she Answered *pro per*. Since that time, Ms. Eddings has requested the Attorney General's Office represent her. Ms. Eddings has accepted our offer and Joined in Defendants' Answer (ECF No. 70). Counsel has also admonished Defendant Walsh not to confront or punish Plaintiff Entsminger regarding previous contact with Ms. Eddings. Counsel has also written to Plaintiff Entsminger explaining that Defendant Eddings is now represented by the Attorney General's Office. Defendant Walsh is unavailable to complete a Declaration at the present time. She will be available next week. The requested extension of time should afford Defendants adequate time file a Declaration in this case.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for an appropriate Declaration to be made. The requested seven (7) day extension of time should permit Defendants time to file a Declaration of Defendant Walsh. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For these reasons, Defendants respectfully request a seven (7) day extension of time from the current deadline to file Defendant Walsh's Declaration, with a new deadline to and including Friday, June 21, 2019.

DATED this 14th day of June, 2019.

        AARON D. FORD
        Attorney General

By: _____
        DENNIS W. HOUGH
        Deputy Attorney General
        State of Nevada
        Public Safety Division

        *Attorneys for Defendants*

IT IS SO ORDERED.

DATED: June 17, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 14th day of June, 2019, I caused to be served, a true and correct copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO PROVIDE DECLARATION OF DEFENDANT WALSH**, by U.S. District Court CM/ECF Electronic Filing on:

Gregory Enstminger #73777
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*[signature]*
An employee of the
Office of the Attorney General