## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY WEST ENTSMINGER, | 3:16-cv-00555-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 31, 2020 |
| ROMEO ARANAS, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court are Plaintiff's "Motion for Joinder of Real Party in Interest" (ECF No. 123) and Plaintiff's "Motion to Correct Active Defendants" (ECF No. 124). No response to either motion has been filed by the Defendants.

   **IT IS HEREBY ORDERED** that Defendants shall have to and including **February 7, 2020**, in which to respond to Plaintiff's motions (ECF Nos. 123 and 124).

                              DEBRA K. KEMPI, CLERK

                              By:       /s/
                                    Deputy Clerk