UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY WEST ENTSMINGER,<br><br>                Plaintiff,<br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>                Defendants. | 3:16-cv-00555-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>February 14, 2020 |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Defendants' Motion to Extend the Deadline to File Dispositive Motions (ECF No. 148). Defendants request an extension to June 16, 2020, in which to file dispositive motions.

      Although Plaintiff's Motion to Extend Time to Take Discovery (ECF No. 119) is pending and a hearing has been scheduled for February 26, 2020, the court will grant Defendants' Motion to Extend the Deadline to File Dispositive Motions (ECF No. 148). The resolution of Plaintiff's motion (ECF No. 119) may impact the date now scheduled for dispositive motions.

      **IT IS HEREBY ORDERED** that Defendants' Motion to Extend the Deadline to File Dispositive Motions (ECF No. 148) is **GRANTED**. The last day for the parties to file dispositive motions is extended to and including **June 16, 2020**.

                                        DEBRA K. KEMPI, CLERK

                                        By:     /s/                    
                                                  Deputy Clerk