# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY WEST ENTSMINGER, | ) | 3:16-cv-00555-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 8, 2020 |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment (ECF No. 220).

Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment (ECF No. 220) is **GRANTED**.  Plaintiff shall have to and including **Monday, August 10, 2020**, in which to respond to Defendants' Motion for Summary Judgment (ECF No. 209).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
      Deputy Clerk