UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY WEST ENTSMINGER,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:16-cv-00555-MMD-VPC<br><br>ORDER |

Plaintiff Gregory West Entsminger, who is in custody at the Northern Nevada Correctional Center, filed this civil rights action under 42 U.S.C. § 1983 and state law. Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 205) ("R&R"), recommending denial of Plaintiff's motion for entry of default judgment (ECF No. 165). Plaintiff waived his objections to the R&R. (ECF No. 218.) The Court will therefore adopt the R&R.

It is therefore ordered that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 205) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's motion for entry of default judgment (ECF No. 165) is denied.

DATED THIS 8th day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE