UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY WEST ENTSMINGER, | ) | 3:16-cv-00555-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 27, 2020 |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The court has been advised by the U.S. Marshal Service that it did not receive the sealed addresses for Defendants Link and Fanyo as the court's order of October 8, 2020 (ECF No. 262) referenced the wrong document number for the sealed addresses for these Defendants.

**IT IS THEREFORE ORDERED** that the Clerk shall issue summonses for **Jennifer Link** and **Alisha Fanyo** and send the same to the U.S. Marshal with the addresses provided under seal (ECF No. 259).  The Clerk shall also send two (2) copies of the Second Amended Complaint (ECF No. 18), two (2) copies of the court's Screening Order (ECF No. 21), and two (2) copies of this order to the U.S. Marshal for service on the Defendants.

**IT IS FUTHER ORDERED** that Plaintiff shall have to and including **Friday, November 20, 2020**, in which to effect service on Defendants Link and Fanyo.

DEBRA K. KEMPI, CLERK

By:  _____/s/_____
Deputy Clerk