UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY WEST ENTSMINGER,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>MICHAEL MINEV, M.D., *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:16-cv-00555-MMD-WGC<br><br>ORDER |

On November 23, 2020, United States Magistrate Judge Cobb issued an order ("Order") addressing Plaintiff Gregory West Entsminger's two pretrial motions: (1) denying Plaintiff's motion for order to show cause as to why Defendants have not complied with Judge Cobb's order governing production of documents; and (2) granting in part and denying in part Plaintiff's motion to change the deadline for response to dispositive motion and reply. (ECF No. 277.) On December 22, 2020, Plaintiff filed a motion for leave to file late objections to the Order. (ECF No. 284.) Plaintiff asserts that he sent a kite on December 17, 2020 to the Northern Nevada Correctional Center law library to pick up his e-filing by the December 21, 2020 deadline extended by the Court. (*Id.* at 2; ECF No. 283 (granting a motion to extend the deadline to December 21, 2020).) The Court grants Plaintiff's motion for leave to file late objections and will address Plaintiff's objections. However, Plaintiff's lengthy objections[1] merely reiterate his grievances and disagreements with pretrial rulings but do not show that Judge Cobb clearly erred in making his pretrial rulings. Accordingly, the Court overrules Plaintiff's objections.

---

[1] Plaintiff's objections, consisting of 30 pages without exhibits, exceed the 24-page limit established in LR 7-3(b).

1 | It is therefore ordered that Plaintiff's motion for leave to file late objections (ECF
2 | No. 284) is granted.
3 | It is further ordered that Plaintiff's objections (ECF No. 284-1) are overruled.
4 | DATED THIS 26th Day of March 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2