AARON D. FORD
Attorney General
WILLIAM P. SHOGREN, Bar No. 14619
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1257
E-mail: wshogren@ag.nv.gov

Attorneys for Defendants
Romeo Aranas, Veronica Austin,
David Everett, Sunshine Flores, Missy Gleason,
Teri Jacobs, John Keast, Jennifer Link,
Melanie McBroom, Shannon Moyle, Monica Navarro,
John Peery, John VanHorn, Lisa Walsh, and Gene Yup

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY WEST ENTSMINGER, | Case No. 3:16-cv-00555-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| ROMEO ARANAS, et al., | |
| Defendants. | |

The Parties, Plaintiff, Gregory West Entsminger, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and William P. Shogren,

///
///
///
///
///
///
///
///

1

1  Deputy Attorney General, hereby stipulate that this matter may be dismissed, with
2  prejudice, each party to bear their own attorney's fees and costs.

*[signature]*
Gregory West Entsminger, Plaintiff
Pro Se

Dated: 2/15/22

AARON D. FORD
Attorney General

By: /s/ William P. Shogren
    William P. Shogren, Bar No. 14619
    Deputy Attorney General
    Attorneys for Defendants

Dated: February 15, 2022

IT IS SO ORDERED.

*[signature]*

U.S. DISTRICT JUDGE

DATED: February 22, 2022.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of February, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

Gregory Enstminger #73777
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

3